UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

*FILED*
*2-19-2008*
*FEB 19 2008*
*MAGISTRATE JUDGE MARIA VALDEZ*
*UNITED STATES DISTRICT COURT*
*MHW*

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHON EIBER | Case<br><br><br>NO. 08 CR 120-2 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JONATHON EIBER, DEFENDANT

| | |
|---|---|
| SIGNATURE<br>RICHARD L. HUTCHISON  *Richard L Hutchison* | |
| FIRM<br>HUTCHISON, ANDERS & HICKEY | |
| STREET ADDRESS<br>16860 SOUTH OAK PARK AVENUE | |
| CITY/STATE/ZIP<br>TINLEY PARK, IL 60477 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>01295160 | TELEPHONE NUMBER<br>(708) 532-7100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☒   APPOINTED COUNSEL ☐ | |