3-13-08
**FILED**

AO 455 (Rev. 5/85) Waiver of Indictment

MAR 13 2008

UNITED STATES DISTRICT COURT

Judge David H. Coar
United States District Court

<u>NORTHERN</u> DISTRICT OF <u>ILLINOIS, EASTERN DIVISION</u>

UNITED STATES OF AMERICA

v.

JONATHAN EIBER

CASE NUMBER: 08 CR 0120

**WAIVER OF INDICTMENT**

I, <u>JONATHAN EIBER</u>, the above named defendant, who is accused of one count of aiding and abetting the theft, embezzlement, or misapplication by a bank officer or employee, in violation of Title 18, United States Code, Section 656 and 2, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on <u>February 19, 2008</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

MAR 13 2008