## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 120 -2 | **DATE** | 4/30/2008 |
| **CASE TITLE** | USA vs. Jonathan Eiber | | |

**DOCKET ENTRY TEXT:**

Change of plea hearing held 4/30/2008. Defendant withdraws plea of not guilty to the information and enters a plea of guilty to the information. The Court finds that the defendant is competent, after a lengthy colliquy as to the defendant's rights, to enter into the plea agreement and accepts plea and enters a Judgment of Guilty to the information. Order Cause referred to the Probation Office for presentence investigation. Sentencing Hearing set for July 16, 2008 at 9:30 a.m. Same terms and conditions of release as to the Defendant to remain in place.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF. |
|---|---|---|